PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:CR-00-031-02

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Randy COTTLE<br>210 Irving Avenue<br>Apt. 2R<br>Brooklyn, NY 11237 | Middle/PA | Harrisburg |

NAME OF SENTENCING JUDGE
The Honorable Sylvia H. Rambo

DATES OF SUPERVISED RELEASE: FROM 6/25/04 TO 6/24/07

OFFENSE

Interstate Travel in Aid of Racketeering, 18 USC § 1952(a)(3)

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE** DISTRICT OF **PENNSYLVANIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Nov. 4, 2005
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

FILED
HARRISBURG, PA
DEC - 1 2005

MARY E. D'ANDREA, CLERK
Deputy Clerk

11/21/05
Effective Date

United States District Judge    11/21/05